# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00324-CV

**Wilkins Electric, Inc., Appellant**

**v.**

**Kraege Polan, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 248,407, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Wilkins Electric, Inc., has filed a motion to dismiss its appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed: July 11, 2003